## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| **DEBRA SORENSEN,** | )<br>) Case No. 8:11CV258 |
| Plaintiff, | )<br>) |
| vs. | )<br>) |
| **FRATERNAL ORDER OF THE EAGLES, LOCAL CHAPTER 200,** | ) ORDER OF RECUSAL<br>)<br>) |
| Defendants. | ) |

This matter is before the court on the court's own motion pursuant to 28 U.S.C. § 455(a), which states: "Any . . . judge . . . of the United States shall disqualify himself in any proceeding in which his impartiality might reasonably be questioned." Upon review of the parties and the complaint filed in the above-designated case, the undersigned judge shall, and hereby does, recuse himself from the above-designated case pursuant to 28 U.S.C. § 455(a).

**IT IS SO ORDERED.**

Dated this 27th day of September 2011.

BY THE COURT:

S/ F.A. Gossett, III
United States Magistrate Judge