## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **DEBRA SORENSEN,** | ) | |
| | ) | |
| Plaintiff, | ) | 8:11CV258 |
| | ) | |
| vs. | ) | ORDER |
| | ) | |
| **FRATERNAL ORDER OF THE EAGLES** | ) | |
| **LOCAL CHAPTER 200,** | ) | |
| | ) | |
| Defendant. | ) | |

The records of the court show that the defendant has not yet complied with Fed. R. Civ. P. 7.1, which requires non-governmental corporate parties to file Corporate Disclosure Statements. Although the defendant filed an answer on August 24, 2011, as of the close of business on November 18, 2011, the defendant has not complied with the Federal Rules of Civil Procedure.

**IT IS ORDERED** that, on or before **December 9, 2011**, the defendant shall comply with Fed. R. Civ. P. 7.1 or show cause by written affidavit why the defendant cannot comply with the rules of the court.

DATED this 21st day of November, 2011.

BY THE COURT:

s/Thomas D. Thalken
United States Magistrate Judge