IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| DEBRA SORENSEN,            )<br>                            )<br>       Plaintiff,          )<br>                            )<br>   vs.                      )<br>                            )<br>FRATERNAL ORDER OF THE EAGLES, )<br>LOCAL CHAPTER 200,          )<br>                            )<br>       Defendant.           ) | 8:11CV258<br><br>ORDER |

   This matter is before the court *sua sponte.* On August 25, 2011, the court informed the parties by letter of their obligation to meet and confer pursuant to Fed. R. Civ. P. 26(f) and to file a written report of their meeting. **See** Filing No. 6. The parties' deadline for filing the report was September 26, 2011. The plaintiff filed a report on September 26, 2011, on her own behalf and had not conferred with the defendant's counsel who had filed a motion to withdraw. **See** Filing No. 9. Ultimately, the defendant's counsel withdrew the motion to withdraw. At that time, the court set a deadline of November 18, 2011, for the parties to file a joint planning report pursuant to Fed. R. Civ. P. 26(f). **See** Filing No. 20 - Text Order. However, no joint planning report has been filed to date. Accordingly,

   **IT IS ORDERED:**

   The parties shall file a joint report with the court in accordance with Fed. R. Civ. P. 26(f) **on or before the close of business on December 20, 2011, or** show cause why sanctions should not be imposed upon them in accordance with Fed. R. Civ. P. 16(f).

   DATED this 5th day of December, 2011.

                                    BY THE COURT:

                                     s/ Thomas D. Thalken
                                    United States Magistrate Judge