# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| **DEBRA SORENSEN,** | |
| Plaintiff, | **8:11CV258** |
| and | |
| **KATRINA HOLTORF,** | |
| Plaintiff, | **8:11CV259** |
| vs. | |
| **FRATERNAL ORDER OF EAGLES, LOCAL CHAPTER 200, and GRAND AERIE OF THE FRATERNAL ORDER OF EAGLES,** | **ORDER** |
| Defendants. | |

Pending the ruling on the motion for summary judgment, the deadlines for disclosure of exhibits and motions in limine and the date of the pretrial conference are suspended and will be rescheduled following the ruling on the motion for summary judgment.

**IT IS SO ORDERED**.

Dated this 12th day of November, 2013.

BY THE COURT:

s/ Thomas D. Thalken
United States Magistrate Judge