# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **DEBRA SORENSEN,** | ) | **CASE NO. 8:11CV258** |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| **FRATERNAL ORDER OF EAGLES,** | ) | |
| **LOCAL CHAPTER 200,** | ) | |
| | ) | |
| Defendant. | ) | |

Upon notice given to the Chief District Judge on April 14, 2014, by the parties that the above-captioned case has settled,

**IT IS ORDERED**:

1. On or before May 15, 2014, the parties shall electronically file a joint stipulation for dismissal (or other dispositive document) and shall submit to Chief District Judge Laurie Smith Camp, at smithcamp@ned.uscourts.gov, a draft order that will fully dispose of the case. If the case is being dismissed, then the stipulation shall comply with Fed. R. Civ. P. 41(a)(1), and shall state whether the dismissal is with or without prejudice; and

2. Absent compliance with this order, this case (including all counterclaims and the like) may be dismissed without further notice in accordance with NECivR 68.1.

DATED this 14th day of April, 2014.

BY THE COURT:

s/Laurie Smith Camp
Chief United States District Judge